UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ROBERT W. GORDON,

                                                                                                         No.: 1:22-cv-05212 (JPC) (JW)

                                                                                                           **NOTICE OF APPEARANCE**

      - against -

WILSON ELSER MOSKOWITZ EDELMAN
& DICKER LLP, RORY L. LUBIN,
STUART MILLER, and JOHN and JANE
DOE (said names being fictitious, the persons
intended being those who aided and abetted
the unlawful conduct of the named
Defendants),

                                            Defendants.
----------------------------------------------------------X

**PLEASE TAKE NOTICE** that the undersigned appears as attorney for ROBERT W. GORDON, the above-named Plaintiff, and hereby requests that the Clerk of this Court and all other parties to this proceeding provide notice of and, where applicable, service of all motions, applications, orders, pleadings, notices, or other communications filed in or pertaining to this proceeding to the undersigned, whether such motion, application, order, pleading, notice, or other communication is written or oral, formal or informal, and is delivered by hand, mail, telephone, telex, telecopy, electronic mail, or in any other manner whatsoever, to the undersigned at the address set forth below.

      Dated:  New York, New York
                  June 22, 2022

                                                                       */s/ William W. Cowles, II*
                                                         By:    MADUEGBUNA COOPER LLP
                                                                    William W. Cowles II, Esq. (WC 2929)
                                                                    Attorneys for Plaintiff,
                                                                    ROBERT W. GORDON
                                                                    30 Wall Street, 8th Floor
                                                                    New York, NY 10005
                                                                    Tel.: (212) 232-0155
                                                                    Fax: (212) 232-0156
                                                                    Email: wcowles@mcande.com