

October 23, 2018

**Margaret M. Luberda**
914.872.7766 (direct)
917.678 4528 (mobile)
Margaret.Luberda@wilsonelser.com

Dr. Robert J. Dunkle, Ph.D.
Neuropsychological Services of Westchester, PLLC
34 South Broadway, Suite 500
White Plains, NY 10601

Dear Dr. Dunkle,

A request for an employment-related accommodation has been made by our employee Robert Gordon. I understand that during your last appointment with Mr. Gordon he gave you permission to provide Wilson Elser the following information. Please complete the following questions below to assist us with our interactive process.

1. Please describe Mr. Gordon's medical condition including diagnosis, medications prescribed, anticipated length of his treatment plan, expected outcome, and required frequency of office visits.

2. Is Mr. Gordon physically or mentally impairment? Yes/No

   If yes, please provide details?

3. In your medical opinion is Mr. Gordon able to be employed full time?

1133 Westchester Avenue • White Plains, NY 10604 • p 914.323.7000 • f 914.323.7001

Albany • Atlanta • Austin • Baltimore • Beaumont • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston • Indiana • Kentucky
Las Vegas • London • Los Angeles • Miami • Michigan • Milwaukee • Missouri • New Jersey • New Orleans • New York • Orlando • Philadelphia • Phoenix
San Diego • San Francisco • Sarasota • Stamford • Virginia • Washington, DC • Wellington • White Plains

wilsonelser.com

WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

4. Is Mr. Gordon able to tolerate all prescribed or recommended pharmaceutical treatments? If no, what will be the effects if this medical condition is untreated?

5. When will Mr. Gordon be medically reevaluated?

6. Any additional comments or thoughts about Mr Gordon's ability to fulfill and understand the pressures of full time employment as an attorney responsible to client work needs, and court deadlines.

Medical Professional's Name (please print)

Signature

Date

Wilson Elser Moskowitz Edelman & Dicker LLP

Margaret M. Luberda

Margaret M. Luberda
Chief Human Resources Officer



**Neuropsychological Services of Westchester, PLLC**

*Robert J. Dunkle, Ph.D.*
*Dana M. Haywood, Ph.D.*
*Elizabeth S. Ramdas, M.S.*

November 3, 2018

Re: Robert Gordon

Margaret M. Luberda
Chief Human Resource Officer
Wilson Elser
1133 Westchester Avenue
White Plains, NY 10604





[redacted]

Dana M. Haywood, Ph.D.
Clinical Neuropsychologist

11/8/18
Date

Robert J. Dunkle, Ph.D.
Clinical Neuropsychologist