UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| ROBERT W. GORDON, | **ORDER** |
| Plaintiff, | 22-CV-5212 (JPC) (JW) |
| -against- | |
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP ET AL, | |
| Defendants. | |

-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

Defendants shall notify the Court by **Thursday, July 28, 2022** whether they consent to or oppose Plaintiff's request for leave to amend the complaint. If Defendants oppose, the Court will set a briefing schedule for Plaintiff's motion for leave to amend the complaint.

SO ORDERED.

DATED:   New York, New York
         July 25, 2022

_____
JENNIFER E. WILLIS
United States Magistrate Judge