UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROBERT W. GORDON,

                        Plaintiff,

-against-

WILSON ELSER MOSKOWITZ EDELMAN &
DICKER LLP ET AL,

                        Defendants.
-----------------------------------------------------------------X

**ORDER**

**22-CV-5212 (JPC) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

Plaintiff shall file his motion for leave to file an amended complaint, which should include his proposed amended complaint, by **August 9, 2022**. Defendants shall file their response by **August 16, 2022**. Any reply is due **August 23, 2022**.

SO ORDERED.

DATED:    New York, New York
               July 26, 2022

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge