UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROBERT W. GORDON,

                            Plaintiff,

        -against-

WILSON ELSER MOSKOWITZ EDELMAN &
DICKER LLP ET AL,

                            Defendants.
-----------------------------------------------------------------X

**ORDER**

**22-CV-5212 (JPC) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The briefing schedule set in Dkt. No. 26 is adjourned. Defendants' response to Plaintiff's complaint is due **August 29, 2022**. Plaintiff's opposition is due **September 28, 2022**. Defendants' reply, if any, is due **October 7, 2022**.

SO ORDERED.

DATED:    New York, New York
               July 28, 2022

                                                      _____
                                                      JENNIFER E. WILLIS
                                                     United States Magistrate Judge