UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- X
ROBERT W. GORDON,                                   :    Case No.:
                                                    :    1:22-CV-05212-JPC-JW
                              Plaintiff,            :
                                                    :    **<u>NOTICE OF MOTION</u>**
              -against-                             :
                                                    :
WILSON ELSER MOSKOWITZ EDELMAN & DICKER :
LLP, RORY L. LUBIN, STUART MILLER, and JOHN         :
and JANE DOE (said names being fictitious, the persons :
intended being those who aided and abetted the unlawful :
conduct of the named Defendants).                   :
                                                    :
                              Defendants.           :
---------------------------------------------------------------------- X

C O U N S E L O R :

        PLEASE TAKE NOTICE that upon the annexed declaration of John M. Flannery, Esq.,

dated August 29, 2022 and all the prior proceedings herein, defendants Wilson Elser Moskowitz

Edelman & Dicker, Rory L. Lubin and Stuart Miller, by their undersigned attorneys, will move

this Court, before the Hon. John P. Cronan, on October 7, 2022 or as soon thereafter as counsel

may be heard, for an Order, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure and

Section 4 of the Federal Arbitration Act, 9 U.S.C. §4, dismissing this action and compelling the

parties to arbitrate the disputes raised by the complaint herein or, in the alternative, to dismiss the

complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failing to state a

claim upon which relief can be granted; and for such other, further or different relief as the Court

in its discretion may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court order of July 28, 2022

(DE# 28), opposition papers are due on September 28, 2022.

Dated:  White Plains, New York
        August 29, 2022

                                    Yours, etc.

                    WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP


                    By:  _____
                         John M. Flannery, Esq.
                         Attorneys for Defendants, Wilson Elser
                         Moskowitz Edelman & Dicker LLP,
                         Rory L. Lubin and Stuart Miller
                         1133 Westchester Avenue
                         White Plains, New York 10604
                         (914) 323-7000
                         File No.:  99903.00028

TO:     MADUEGBUNA COOPER LLP
        Attorneys for Plaintiff
        30 Wall Street, 8th Floor
        New York, New York 10005
        Attention:  Samuel O. Maduegbuna, Esq.
        (212) 232-0155

274691375v.1