# MADUEGBUNA COOPER LLP

ATTORNEYS AT LAW
30 WALL STREET
8TH FLOOR
NEW YORK, NEW YORK 10005
(212) 232-0155
FAX: (212) 232-0156
www.mcande.com

**MEMO ENDORSEMENT**

Application GRANTED. Plaintiff's opposition to Defendants' motion to dismiss and compel arbitration is due October 5, 2022 and Defendants' reply is due October 14, 2022.
SO ORDERED.

*Jennifer E. Willis*

Jennifer E. Willis, U.S.M.J.
9/23/2022

September 23, 2022

**VIA ELECTRONIC CASE FILING**
The Honorable Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: *Robert Gordon v. Wilson Elser, et al.*
        **Docket No.: 1:22-cv-05212 (JPC)(JW)**

Dear Judge Willis:

  We represent Plaintiff Robert Gordon in the above-referenced matter and write to request a one-week extension of time to oppose Defendants' motion to dismiss and compel arbitration (Dkt. ## 29 – 32), from September 28 to October 5, 2022. Defendants consent to this request and that their time to reply also be extended by one week, from October 7 to October 14.

  The reason for this request is that our office was engaged in a trial that began jury selection on September 6 in Supreme Court, Kings County in the matter of *Marvarylda Escalona v. Dewan Haque*, Index No. 23517/2012, lasted several days longer than anticipated and did not conclude until September 20, 2022. As such, we were unable to properly address this motion before now. We are therefore seeking a short, one-week extension of time to fully respond to Defendants' motion.

  Accordingly, Plaintiff requests an extension from September 28 to October 5, 2022 to respond to Defendants' motion to dismiss and compel arbitration, and a corresponding one-week extension for Defendants to file their reply, from October 7 to October 14.

  We thank the Court for its attention to this matter.

                Respectfully Submitted,

                Samuel O. Maduegbuna

cc: Eliza Scheibel, Esq.
   *Attorney for Defendants*