# Exhibit E

From: Samuel O. Maduegbuna [mailto:sam.m@mcande.com]
Sent: Thursday, July 14, 2022 4:37 PM
To: Eisen, David S. <David.Eisen@wilsonelser.com>
Subject: RE: Robert Gordon - PRIVILEGED SETTLEMENT COMMUNICATION - WITHOUT PREJUDICE

**[EXTERNAL EMAIL]**

David –

Thanks for sharing these documents, which, as suspected, evidently are self-serving and were never shared with Robert, UNTIL NOW.

There is no need for the reminder: I am well aware of the terms of the contract with your firm; which by the way was totally breached in the haste to wrongfully terminate Robert. As I previously advised, since several clauses of the contract are impermissible, unconscionable and violate the public policy, Robert was well within his rights to sue your firm in federal court.

Finally, I did send you a formal settlement demand on July 12 giving you an opportunity to respond by July 15. Please confirm receipt and if there is any interest in settlement, let me know before the close of business tomorrow.

Thanks,

Sam

Samuel O. Maduegbuna, Esq.
Maduegbuna Cooper LLP
Attorneys at Law
30 Wall Street, 8th Fl
New York, NY 10005
Tel: (212) 232-0155
Cell: (914) 954-2798
Fax: (212) 232-0156
www.mcande.com

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify us at (212)232-0155 and permanently delete the original and any copy of this e-mail and any printout thereof.

 Please consider the environment before printing this e-mail.

**From:** Eisen, David S. <David.Eisen@wilsonelser.com>
**Sent:** Thursday, July 14, 2022 6:41 PM
**To:** Samuel O. Maduegbuna <sam.m@mcande.com>
**Subject:** Robert Gordon

Sam:

Per your request, I have attached Mr. Gordon's evaluations and self-evaluations.

I also wanted to remind you that, in addition to the arbitration provision in Mr. Gordon's contract with the Firm, there is also pre-arbitration dispute resolution language. Mr. Gordon has failed to comply with those obligations, in addition to the arbitration provision, by filing suit against the Firm.

**David**

David S. Eisen
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
555 S. Flower Street - Suite 2900
Los Angeles, CA 90071-2407
213.330.8740 (Direct)
213 700.0754 (Cell)
213.443.5100 (Main)
213.443.5101 (Fax)
david.eisen@wilsonelser.com

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or refer to
any of our offices.
**Thank you.**