# Exhibit F

February 10, 2022

1680 Crescent Drive
Tarrytown, NY 10591
(914) 792-8860
rwg215@nyu.edu


Jennifer Des Armo
Chief Human Resources Officer
Wilson Elser Moskowitz Edelman & Dicker LLP
1133 Westchester Avenue
White Plains, NY 10604
914.872.7289 (Direct)
845.367.2619 (Cell)
jennifer.desarmo@wilsonelser.com


Dear Ms. Des Armo,

    I write to memorialize the telephone conversation we had on February 1, 2022.

    On February 1, 2022 at 3:33 p.m. I received a telephone call from equity partner Mr. Rory Lubin. Unbeknownst to me, you, the Chief of Human Resources at Wilson Elser were also on the line with Mr. Lubin. Your presence on this call was a surprise since Mr. Lubin had informed me earlier that same day at 9:27 a.m. that he was planning to call me to discuss my cases, which was something we regularly did on a monthly basis.

    Upon my answering the phone call, Mr. Lubin stated:

> ***"Hi Robert, how are you doing? You doing good?, Robert, I have Jennifer Des Armo on the line with me. She is the head of Human Resources, what this call is about is we are hereby giving you your 30-day notice per your employment contract that your services will no longer be required. You are to cease all work on all of your cases starting immediately. The firm will pay you for the next 30 days, but after that you will no longer receive any payments. Essentially, we've discussed your performance issues before and in our opinion, you will never improve. So I will now turn it over to Jennifer. She will be your sole point of contact with Wilson Elser going forward..."***

At that point, you took over and you explained the process for COBRA insurance and spoke about sending a box to me to return my Wilson Elser-issued laptop. I was specifically told that I could not return to the office to collect my personal items despite my request to do so and despite my having many delicate and expensive items in my office that I needed to recover. Instead, you said Wilson Elser would have someone pack up my belongings and ship them to me. I then asked if the return of my belongings would be covered by insurance in case of damage and you said "Yes". I then asked if I could put in a written statement in response to this termination and you stated "Of course". You also said that my Wilson Elser profile would remain up on the Wilson Elser web site during this 30-day period.

Mr. Lubin then returned to the line and in what appeared to be a snide and sarcastic tone of voice said: "So long." And hung up the phone. The phone call lasted approximately 7 minutes.

I request that if you have, made, possess, and or are aware of any audio recording of the above-referenced telephone call of February 1, 2022 at 3:33 p.m. that you preserve such recording, do not alter or destroy it, and provide a copy of such recording to me.

**<u>If you believe any portion of my account above is inaccurate, please immediately let me know</u>**.

Thank you.

Sincerely,

Robert W. Gordon, Esq.