UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
ROBERT W. GORDON,                                                      :
:
                              Plaintiff,                               :
:                 22 Civ. 5212 (JPC)
        -v-                                                            :
:                      ORDER
WILSON ELSER MOSKOWITZ EDELMAN &                                       :
DICKER LLP, *et al.*,                                                  :
:
                              Defendants.                              :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

   The parties shall file a joint status letter in this matter by October 10, 2024.

   SO ORDERED.

Dated: October 3, 2024
       New York, New York                       _____
                                                        JOHN P. CRONAN
                                                  United States District Judge