UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
ROBERT W. GORDON,  :
:
                        Plaintiff,  :
:        22 Civ. 5212 (JPC)
       -v-  :
:              ORDER
WILSON ELSER MOSKOWITZ EDELMAN &  :
DICKER LLP, *et al.*,  :
:
                        Defendants.  :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    The parties shall file a joint status letter in this matter by May 2, 2025.

    SO ORDERED.

Dated: April 25, 2025
       New York, New York
                                                   JOHN P. CRONAN
                                             United States District Judge